# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| DR. SAADUR RAHMAN, ) | |
| ) | Case No.: 18-cv-1290 |
| Plaintiff, ) | |
| ) | Judge Sara Darrow Presiding |
| v. ) | |
| ) | |
| METHODIST HEALTH SERVICES ) | |
| CORPORATION, an Illinois not-for-profit ) | |
| corporation, PROCTOR HEALTH CARE ) | |
| INCORPORATED, an Illinois not-for-profit ) | |
| Corporation and PEKIN MEMORIAL HOSPITAL, ) | |
| an Illinois not-for-profit corporation, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) Plaintiff and Defendant jointly stipulate to dismissal of this case with prejudice, and the parties bear their own costs and expenses incurred in this matter.

Respectfully Submitted and Agreed to By:

DR. SAADUR RAHMAN

/s/ Matthew J. Sheahin
By:     One of His Attorneys
Matthew Sheahin (ARDC#6243872)
Jennifer B. Tee (ARDC#6292487)
Tom Fox (ARDC#6326911)
Lavelle Law, Ltd.
141 W. Jackson Suite 2800
Chicago, IL 60604
Tele: (312) 888-4111
Facsimile: (312) 658-1430
msheahin@lavellelaw.com
jtee@lavellelaw.com; tfox@lavellelaw.com

METHODIST HEALTH SERVICES
CORPORATION, PROCTOR HEALTH CARE
INCORPORATED and PEKIN MEMORIAL HOSPITAL

/s/ Adam Chaddock
By:     One of Their Attorneys
Adam P. Chaddock
Quinn, Johnston, Henderson, Pretorius & Cerulo
227 N.E. Jefferson Street
Peoria, IL  61602
Phone:  309-674-1133
Fax:  309-674-6503
achaddock@quinnjohnston.com
S:\10251-10500\10296\Pleadings\Stip.to.Dismiss.11.15.18